AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br><br>GINO RIVES<br><br>*Defendant(s)* | Case No.   4:23-MJ-9021 RHH<br>SIGNED AND SUBMITTED TO THE<br>COURT FOR FILING BY RELIABLE<br>ELECTRONIC MEANS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   March 31, 2023   in the county of   ST. LOUIS CITY   in the
EASTERN   District of   MISSOURI  , the defendant(s) violated:

*Code Section - Offense Description*

Knowingly and intentionally used an unauthorized access device to obtain merchandise and services having a value in excess of $1,000.00, in violation of 18 U.S.C. §§ 1029(a)(2) and 2, and fraudulently effecting transactions, in violation of 18 U.S.C. §§ 1029(a)(5) and 2

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury that the foregoing is true and correct.

*Complainant's signature*

Thomas Hamil, Special Agent

*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41

Date:   04/05/2023

*Judge's signature*

City and state:   St. Louis, Missouri        Honorable Rodney H. Holmes, U.S. Magistrate Judge

*Printed name and title*